Submitted on petition for reconsideration of order dated July 29, denying petition for review,* reconsideration allowed; petition for review allowed and case remanded to Court of Appeals for further consideration October 28, petition for reconsideration filed November 12, allowed December 23, 1986
See 302 Or 459, 727 P2d 125 (1986)

In the Matter of the Compensation of
Johnnie Stepp, Claimant.
## STEPP,
*Petitioner on Reconsideration,*

*v.*

## STATE ACCIDENT INSURANCE FUND CORPORATION et al,
*Respondents on Reconsideration.*
(WCB 83-01242; CA A34646; SC S32946)
727 P2d 125

James L. Edmunson, Malagon & Moore, Eugene, for petitioner on reconsideration. David C. Force, Eugene, for petitioner on review.

Dave Frohnmayer, Attorney General, James E. Mountain, Jr., Solicitor General, and John A. Reuling, Jr., Assistant Attorney General, Salem, for respondents on review.

MEMORANDUM OPINION

---

* Judicial review of order of Workers' Compensation Board. 78 Or App 438, 717 P2d 216 (1986).

## MEMORANDUM OPINION

We allow the petition for reconsideration and the petition for review.

Having concluded that this case presents, as one of the primary issues, the same question presented in *Smith v. SAIF*, 302 Or 109, 727 P2d 123 (1986), we hereby remand this case to the Court of Appeals for further consideration in light of our decision in *Smith v. SAIF, supra.*